DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBIN LA FLEUR,**
Appellant,

v.

**ALEX CHIRIBOGA,**
Appellee.

Nos. 4D18-2433 & 18-3405

[June 13, 2019]

Consolidated appeal of nonfinal orders from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. FMCE 10003697.

Robin La Fleur, Fort Lauderdale, pro se.

Paulina Forrest of Law Office of Daniel E. Forrest, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***